[Doc. Nos. 109, 118, 123]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| STEVEN AYERS,<br><br>             Plaintiffs,<br><br>    v.<br><br>GETAWAY WEEKEND VACATIONS, INC., et al.,<br><br>             Defendants. | Civil No. 08-2663 (JHR/JS) |

**O R D E R**

For all of the reasons set forth in the Court's accompanying Opinion, it is hereby ORDERED this 4th day of May, 2011, that the applications of plaintiff and Nevele Hotel, LLC, to strike defendant Joel Hoffman's de novo arbitration appeal are DENIED; and

IT IS FURTHER ORDERED that Plaintiff's Motion for Legal Fees and Costs Associated with the Trial De Novo Demand of Defendant Joel Hoffman is GRANTED in part and DENIED in part; and

IT IS FURTHER ORDERED that Hoffman shall pay plaintiff the total sum of $3,155.70 to reimburse plaintiff for the fees and costs he incurred to prepare for and attend the September 27, 2010 arbitration. The money shall be paid no later than thirty (30) days from the date of entry of this Order; and

IT IS FURTHER ORDERED that Nevele's Motion for Attorney's Fees and Sanctions is GRANTED in part and DENIED in part; and

IT IS FURTHER ORDERED that Hoffman shall pay Nevele the total sum of $2,302.00 to reimburse Nevele for the fees and costs it incurred to prepare for and attend the September 27, 2010 arbitration.  The money shall be paid no later than thirty (30) days from the date of entry of this Order.

                                             s/Joel Schneider
                                             JOEL SCHNEIDER
                                             United State Magistrate Judge